

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-18-00202-CV

IN RE NICODEMUS                                                    RELATOR
INVESTMENTS, LLC

----------

ORIGINAL PROCEEDING
TRIAL COURT NO. CV-2015-02367

----------

## MEMORANDUM OPINION[1]

----------

The court has considered relator's petition for writ of mandamus, real party in interest's letter in response, relator's reply, and the mandamus record as supplemented.

We therefore vacate our June 21, 2018 order staying the trial court's June 12, 2018 contempt order, and we dismiss relator's petition for writ of mandamus as moot.

PER CURIAM

PANEL:  PITTMAN, KERR, and BIRDWELL, JJ.

DELIVERED:  July 16, 2018

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).